No. 398. LOCAL 333B, UNITED MARINE DIVISION OF INTERNATIONAL LONGSHOREMEN'S ASSOCIATION (A. F. L.), ET AL. *v.* VIRGINIA EX REL. VIRGINIA FERRY CORP. Supreme Court of Appeals of Virginia. Certiorari denied. *Joseph L. Rauh, Jr.* for petitioners. *J. Lindsay Almond, Jr.,* Attorney General of Virginia, and *Barron F. Black,* Special Assistant Attorney General, for respondent.

No. 373. KEMBLE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Lester J. Schaffer* and *William A. Gray* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 400. INTERSTATE COMMERCE COMMISSION ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Edward M. Reidy* for the Interstate Commerce Commission, *Windsor F. Cousins* and *Hugh B. Cox* for the Pennsylvania Railroad Co., *Charles P. Reynolds* for the Atlantic Coast Line Railroad Co. et al., *Martin A. Meyer, Jr.* for the Virginian Railway Co., and *A. J. Dixon* for the Southern Railway Co., petitioners. *Acting Solicitor General Stern, Acting Assistant Attorney General Clapp* and *Ralph S. Spritzer* for the United States.